**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABRAHAM WEGH, on behalf of himself and all other similarly situated consumers,<br><br>        Plaintiff,<br><br>-against-<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.,<br>        Defendants. | **Civil Action No:**<br>**1:15-cv-01648-KAM-JO**<br><br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all claims of Plaintiff Abraham Wegh against Defendants Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc. in the above-captioned matter, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, and without costs.

Dated:  February 25, 2016

Respectfully submitted,

| | |
|---|---|
| ADAM J. FISHBEIN, P.C. | MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN, PC |
| | |
| */s/ Adam J. Fishbein* | */s/ Matthew B. Johnson* |
| Adam J. Fishbein, Esquire | Matthew B. Johnson |
| 483 Chestnut Street | Wall Street Plaza |
| Cedarhurst, NY 11516 | 88 Pine St, 21st Fl |
| (516) 791-4400 | New York, NY 10005 |
| fishbeinadamj@gmail.com | Tel: 212.376.6433 |
| *Attorney for Plaintiff* | MBJohnson@mdwcg.com |
| | *Attorney for Defendants* |

s/KAM

So Ordered:_____

Kiyo A. Matsumoto
U.S. District Judge

Brooklyn, NY          2/26/16